IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VARIOUS PLAINTIFFS | : | CONSOLIDATED UNDER MDL 875 |
| v. | : | |
| VARIOUS DEFENDANTS | : | 07-62955 |

FILED
JAN -5 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## O R D E R

**AND NOW,** this **29th** day of **December, 2009,** it is hereby **ORDERED** that all claims against all the viable defendants in the cases listed in Exhibit "A", attached, are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is further **ORDERED** that the case will be transferred to the "Bankruptcy Only" docket[1].

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1] The bankruptcy-only docket contains all claims against all defendants in bankruptcy proceedings.

Exhibit "A"

## To be Dismissed as to the Viable Defendants and Moved to the Bankruptcy Only Docket:

1. 2:07-cv-62955-ER – Cheryl Thompson
2. 2:07-cv-62955-ER – J.B. Williams
3. 2:07-cv-62955-ER – Richard Thompson
4. 2:07-cv-62955-ER – Ernest Ray
5. 2:07-cv-62955-ER – Jo Ann Ray
6. 2:07-cv-62958-ER – Rosa Wolford
7. 2:07-cv-62958-ER – Luther Wolford
8. 2:07-cv-62959-ER – Kay Adams
9. 2:07-cv-62959-ER – Eddie Beavers
10. 2:07-cv-62959-ER – W. B. Burkhart
11. 2:07-cv-62959-ER – Betty Burkhart
12. 2:07-cv-62959-ER – Gerald Case
13. 2:07-cv-62959-ER – Edith Case
14. 2:07-cv-62959-ER – Mary Evans
15. 2:07-cv-62959-ER – David Adams
16. 2:07-cv-62959-ER – Dennis Gallagher
17. 2:07-cv-62959-ER – Donna Howell
18. 2:07-cv-62959-ER – Carmel Gallagher
19. 2:07-cv-62959-ER – Harold Howell
20. 2:07-cv-62960-ER – Cindy Call
21. 2:07-cv-62960-ER – Larry Call
22. 2:07-cv-62960-ER – Samuel Easley
23. 2:07-cv-62960-ER – Pansy Easley